# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

**ROBERT CLARK and**
**LYNDA CLARK,**

      **Plaintiffs,**

**vs.**                                                                             Case No. 20-CV-4120

**AMERICAN CREDIT ACCEPTANCE, LLC**

      **Defendant.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On a prior day came the Plaintiffs, Robert and Lynda Clark by attorney, John N. Ellem, and Defendant, American Credit Acceptance, by attorney Devin Dolive, and hereby stipulate and represent that the Case has been filed in arbitration with the JAMS arbitration forum and move this Court to dismiss the above action from the docket of this Court.

Therefore, it is ORDERED and DECREED that the above-styled civil action is hereby dismissed WITHOUT PREJUDICE and stricken from the docket.

The Clerk is directed to provide copies of this Order to all council of record upon entry.

Entered:                                                 _____
                                                        Honorable Algenon L. Marbley

Prepared By:                                                Agreed to By:

/s/ John N. Ellem                                    /s/ Devin Dolive
John N. Ellem (#62842)                         Devin Dolive (0075585)
*Counsel for Plaintiff*                                *Counsel for Defendant*
Ellem Law Office, PLLC                        Burr & Forman LLP
PO Box 322                                            400 North 20th St. Suite 3400
Parkersburg, WV 26102-0322                Birmingham, AL 35203